**BRIAN C. LOWNEY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front St., Suite 401**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**Email: brian.lowney@usdoj.gov**

**FILED**

JUN 0 3 2026

Clerk, U.S. District Court
District of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **DALLAS CLAYTON HERMAN,** <br><br> **Defendant.** | **CR 26-31-M-DWM** <br><br> **INDICTMENT** <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> **Title 21 U.S.C. §§ 841(a)(1) and 851** <br> **(Penalty: Mandatory minimum 15 years to life imprisonment, $20,000,000 fine, and at least 10 years of supervised release)** |

THE GRAND JURY CHARGES:

That on or about August 29, 2025, at Columbia Falls, within Flathead County, in the State and District of Montana, and elsewhere, the defendant, DALLAS CLAYTON HERMAN, knowingly and unlawfully possessed, with the

1

intent to distribute, 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

NOTICE PURSUANT TO 21 U.S.C. § 851

Before the defendant, DALLAS CLAYTON HERMAN, committed the offense charged in this indictment, he had a final conviction for a serious drug felony for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL.

Foreperson Signature Redacted Original
Document Filed Under Seal

_____
FOREPERSON

MARK STEGER SMITH
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney